THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISADORE BLAU, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting the defendant of a violation of section 986 of the Penal Law (book-making), unanimously affirmed. No opinion. Appeal from sentence dismissed. Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ. [See post, p. 987.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JERRY CUPICCIOTTA, Appellant.— Judgment of a City Magistrate, holding a Court of Special Sessions of the City of New York, Borough of Queens, convicting defendant of a violation of section 986 of the Penal Law (book-making), reversed on the law, the information dismissed, the fine remitted, and the defendant discharged. (People v. Scibelli, 267 App. Div. 883.) Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ., concur.

HELEN S. STEGE, Respondent, v. JOHN P. MCCARTHY et al., Appellants.— Appeal from an order directing defendants to accept service of a complaint more than twenty days after the demand therefor was made upon the plaintiff. Order affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.

In the Matter of WILLIAM J. MEAGHER et al., Respondents, against JAMES J. AMELIA et al., Appellants.— On argument, order affirmed, without costs. Close, P. J., Hagarty, Carswell, Lewis and Aldrich, JJ., concur.

HARRY KATCHER, Appellant, v. UNITED STATES TRUCKING CORPORATION, Respondent. HAROLD MARIN et al., Appellants, v. UNITED STATES TRUCKING CORPORATION, Respondent.— Action to recover damages for personal injuries. Order denying plaintiffs' motion for a preference and order denying plaintiffs' motion to set the actions down for trial on a day certain and for other relief, reversed on the law and the facts, without costs, and the motions granted to the extent of setting the actions down for trial on April 3, 1944, subject to the approval of the Justice presiding at Kings County Trial Term, Part I. Close, P. J., Hagarty, Carswell, Lewis and Aldrich, JJ., concur.